or arbitrary manner ... without reference to any guiding rules and principles." *Id.* (internal quotation marks and citation omitted). Based on the available evidence, the district court did not abuse its discretion in denying Tareco's motion for turnover. Due in part to our conclusion that the district court properly denied Tareco's turnover motion, we also hold that the court did not abuse its discretion in refusing to issue the injunction. *See Piggly Wiggly Clarksville, Inc. v. Mrs. Baird's Bakeries,* 177 F.3d 380, 382 (5th Cir.1999) ("[T]he abuse of discretion standard is utilized in our review of the district court's refusal to issue an injunction.").

AFFIRMED.

Walter Clyde Brocato, Assistant Attorney General, Office of the Attorney General Transportation Division, Austin, TX, for Defendant–Appellee.

Before REAVLEY, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

The judgment of the district court, rejecting the Title VII claims of the plaintiff, is affirmed for the reasons given by that court in the careful and thorough order dated October 1, 2007.

AFFIRMED.

**Diana L. EVANS, Plaintiff–Appellant**

v.

**TEXAS DEPARTMENT OF TRANSPORTATION,**
Defendant–Appellee.

No. 07–41082
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 11, 2008.

Ellen Sprovach, Gregg M. Rosenberg & Associates, Houston, TX, for Plaintiff–Appellant.

**Mohammad Ali YOUSEF, also known as Yousef Mohammadali,**
Petitioner

v.

**Michael B. MUKASEY, U.S. Attorney General, Respondent.**

No. 07–60331
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 11, 2008.

Pablo Rodriguez, Houston, TX, for Petitioner.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.